UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE 2ND JUDICIAL COURT OF THE DISTRICT COURT OF VALINHOS IN SÃO PAULO, BRAZIL IN THE MATTER OF ULTRAPAN INDUSTRIA E COMERCIO LTDA V. TAMPICO BEVERAGES INC.

CASE NO.   1:23-cv-764

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Krysta M. Stanford, Trial Attorney at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, as Commissioner for the purposes of obtaining testimony from Arthur Acevedo in the form of a written affidavit. Certain evidence has been requested by the 2nd Judicial Court of the District Court of Valinhos in São Paulo, Brazil pursuant to a Letter of Request issued in connection with a civil judicial proceeding in that court captioned *Ultrapan Industria E Comercio LTDA v. Tampico Beverages Inc.*, Foreign Reference Number 2020/05088.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: Washington, D.C.
February 7, 2023

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division, United States Department of Justice

JEANNE E. DAVIDSON
Director, Office of Foreign Litigation
Civil Division, United States Department of Justice

By: /s/ Krysta M. Stanford
KRYSTA M. STANFORD
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street, NW
Room 8024
Washington, D.C. 20530
Telephone: 202-353-2148
Email: Krysta.M.Stanford@usdoj.gov